IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Petitioner**<br><br>**GLENN LAW**<br><br>v.<br><br>**Respondent**<br><br>**MOBILE MICROMEDIA SOLUTIONS LLC** | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:07-MC-00566-RCL |
| **MOBILE MICROMEDIA SOLUTIONS LLC,**<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC.**<br><br>    Defendant and Counter-Plaintiff. | **(Civil Action File No. 5:05-CV-230 (E.D.Tex.))** |

### NOTICE OF WITHDRAWAL OF
### MOTION TO QUASH MOBILE MICROMEDIA SOLUTIONS, LLC'S
### SUBPOENA FOR DEPOSITION OF MR. GLENN LAW

Petitioner Glenn Law respectfully withdraws his Motion to Quash Mobile Micromedia Solutions, LLC's Subpoena for Deposition of Mr. Glenn Law, filed with the Court on December 19, 2007.

Dated: March 25, 2008              Respectfully submitted,

                                   /s/ Kenneth E. Krosin
                                   Kenneth E. Krosin (D.C. Bar No. 114330)
                                   FOLEY & LARDNER LLP
                                   3000 K Street, N.W., Suite 500
                                   Washington, D.C. 20007
                                   Telephone: 202.672.5332
                                   Facsimile: 202.672.5399
                                   E-Mail: kkrosin@foley.com

                                   *Attorney for Mr. Glenn Law*

WASH_3394569.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Petitioner**<br><br>**GLENN LAW**<br><br>v.<br><br>**Respondent**<br><br>**MOBILE MICROMEDIA SOLUTIONS LLC** | MISCELLANEOUS ACTION FILE<br><br>CASE NO. 1:07-MC-00566-RCL |
| **MOBILE MICROMEDIA SOLUTIONS LLC,**<br><br>   Plaintiff and Counter-Defendant,<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC.**<br><br>   Defendant and Counter-Plaintiff. | **(Civil Action File No. 5:05-CV-230 (E.D.Tex.))** |

**ORDER GRANTING WITHDRAWAL OF
MOTION TO QUASH MOBILE MICROMEDIA SOLUTIONS, LLC'S
SUBPOENA FOR DEPOSITION OF MR. GLENN LAW**

BEFORE THE COURT is Petitioner Glenn Law's Notice of Withdrawal of Motion to Quash Mobile Micromedia Solutions LLC's Subpoena for Deposition of Mr. Glenn Law. It is hereby:

ORDERED that Petitioner Glenn Law's Motion to Quash Mobile Micromedia Solutions, LLC's Subpoena for Deposition of Mr. Glenn Law is hereby withdrawn.

_____
District Court Judge

Entered this \_\_\_\_ day of March, 2008.

WASH_3394569.1

# CERTIFICATE OF SERVICE

I, Kenneth E. Krosin, certify that on March 25, 2008, I caused a copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO QUASH MOBILE MICROMEDIA SOLUTIONS, LLC'S SUBPOENA FOR DEPOSITION OF MR. GLENN LAW**, and **PROPOSED ORDER** to be served by first-class mail and facsimile (unless otherwise indicated) on the below-listed counsel of record:

| *Attorneys for Plaintiff Mobile Micromedia Solutions, LLC* | |
|---|---|
| James H. Hulme (*by Electronic Filing*)<br>ARENT FOX KINTNER PLOTKIN & KAHN, PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339<br>Telephone: (202) 857-6144<br>Facsimile: (202) 857-6395 | |
| Steven G. Hill<br>Eric G. Maurer<br>Matthew D. Durell<br>HILL, KERTSCHER & WHARTON, LLP<br>3350 Riverwood Parkway, Suite 800<br>Atlanta, GA 30339<br>Telephone: (770) 953-0995<br>Facsimile: (770) 953-1358 | Nicholas H. Patton<br>PATTON, TIDWELL & SCHROEDER, LLP<br>4605 Texas Boulevard<br>P.O. Box 5398<br>Texarkana, TX 75505-5398<br>Telephone: (903) 792-7080<br>Facsimile: (903) 792-8233 |
| Patricia L. Peden (*by First Class Mail Only*)<br>LAW OFFICE OF PATRICIA L. PEDEN<br>610 16th Street, Suite 400<br>Oakland, California 94612<br>Telephone: (510) 268-8033<br>Facsimile: *Not Available* | |
| *Attorneys for Defendant Nissan North America, Inc.* | |
| Jeffrey S. Patterson<br>Jeffrey J. Cox<br>Thomas J. Adair<br>HARTLINE, DACUS, BARGER, DREYER & KERN, LLP<br>6688 North Central Expressway, Suite 1000<br>Dallas, Texas 75206<br>Telephone: (214) 369-2100<br>Facsimile: (214) 369-2118 | John M. Caracappa<br>C. Donald Stevens<br>STEPTOE & JOHNSON LLP<br>1300 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 429-6262<br>Facsimile: (202) 429-3902 |

/s/ Kenneth E. Krosin
Kenneth E. Krosin