IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Petitioner** ) | MISCELLANEOUS ACTION |
| GLENN LAW ) | FILE |
| ) | |
| v. ) | CASE NO. 1:07-MC-00566-RCL |
| ) | |
| **Respondent** ) | FILED |
| ) | APR - 4 2008 |
| MOBILE MICROMEDIA SOLUTIONS LLC ) | Clerk, U.S. District and Bankruptcy Courts |

| | |
|---|---|
| MOBILE MICROMEDIA SOLUTIONS LLC, ) | |
| ) | |
| Plaintiff and Counter-Defendant, ) | |
| ) | |
| v. ) | (Civil Action File No. 5:05-CV-230 |
| ) | (E.D.Tex.)) |
| NISSAN NORTH AMERICA, INC. ) | |
| ) | |
| Defendant and Counter-Plaintiff. ) | |

### ORDER GRANTING WITHDRAWAL OF
### MOTION TO QUASH MOBILE MICROMEDIA SOLUTIONS, LLC'S
### SUBPOENA FOR DEPOSITION OF MR. GLENN LAW

BEFORE THE COURT is Petitioner Glenn Law's Notice of Withdrawal of Motion to Quash Mobile Micromedia Solutions LLC's Subpoena for Deposition of Mr. Glenn Law. It is hereby:

ORDERED that Petitioner Glenn Law's Motion to Quash Mobile Micromedia Solutions, LLC's Subpoena for Deposition of Mr. Glenn Law is hereby withdrawn.

_____
District Court Judge

Entered this 4th day of April, 2008.

WASH_3394569.1